**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02047-CMA-MJW

AARON J. DOUGLAS,

    Plaintiff,

v.

NO NAMED DEFENDANT,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court *sua sponte*. Upon review of a document entitled "Cause of complaint" (Doc. 1), the Court hereby ORDERS that this case is DISMISSED WITHOUT PREJUDICE for failure to state a claim.

DATED: September  28 , 2009

BY THE COURT:

*(signature)*
_____
CHRISTINE M. ARGUELLO
United States District Judge